# EXHIBIT D

# INTER MERCHANT MARINE CO., LTD.

13TH FLOOR, ILJIN BLDG 50-1, DOHWA-DONG, MAPO-GU, SEOUL, 121-040, KOREA

## INVOICE

4th Hire Statement of MV "INTER PRIDE" - D/C with C/P of 18th June, 2014

MESSRS : DALIAN SUNTIME INT'L TRANSPORTATION
Ref. Nos : INPD - 004th
DATE : 22nd.Sep, 2014

| ITEM | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|
| Hire | FROM :  2:00 AM  2014-6-25 GMT<br>(DELY : APS JINTANG 10:00LT 6/25 2014)<br>TO :  2:00 AM 2014-10-11 GMT<br><br>Total :  108.00 days  X  $8,000.00  pdpr | $864,000.00 | |
| Add com | 3.75%                                   Cls 28 of CP | | $32,400.00 |
| C/E/V | $1,500  PMPR                            Cls 76 of CP | $5,326.03 | |
| BOD | IFO :  1,086.040  MT   X   $640.00<br>MDO :    42.373  MT   X  $1,000.00 | $695,065.600<br>$42,373.000 | |
| BOR | IFO :    499.048  MT   X    $640.00<br>MDO :     35.787  MT   X  $1,000.00<br>Cls 63 of CP | | $319,390.72<br>$35,787.00 |
| IHC | P/Voy                                   Cls 82 of CP | | |
| ILOHC | $5,000  L/S                             Cls 37 of CP | $5,000.00 | |
| Chtrs<br>expenses | .Port cost at Houston<br>.Stevedore cost at Houston<br>.Port cost at Nola<br>.Stevedore cost at Nola<br>.Supercargo at l/d port<br>.Barge cost to supply f/w & bunker | $197,300.00<br>$54,949.23<br>$297,300.00<br>$165,110.44<br>$7,000.00<br>$15,200.00 | |
| Chtrs expes | .Port chgs shared at Busan(v30)<br>.Agm inspect fee at Busan(v30)<br>.Super cargo chg at Loading port(v30)as per c/p.<br>.Payment for loading of Ferro silicon(v30) as per c | $868.86<br>$1,692.81<br>$3,500.00<br>$1,500.00 | |
| On-Hire<br>Survey Fee | US$800 to be shared equally | | $400.00 |
| Offhire | .By deviation of calling Busan(v30)<br>Time     0.354236 days       $2,833.89<br>Bnkr(Fo)    1.126 mt         $720.64<br>Cev                             $17.47<br>Rfnd Com    -5%             -$141.69 | | $3,430.30 |
| Brokerage | BANCOSTA  1.250%                        Cls 27 of CP | | $10,800.00 |
| Chtrs'<br>remittance | Rcvd chtrs 1st hire on 07th July 2014<br>Rcvd chtrs part of 2nd hire on 26th Aug 2014<br>Rcvd chtrs part of 2nd hire on 27th Aug 2014 | | $458,558.90<br>$107,600.00<br>$11,271.09 |
| | SUB TOTAL | $2,356,185.97 | $979,638.01 |
| | BALANCE DUE TO OWNERS | | $1,376,547.95 |
| | GRAND TOTAL | $2,356,185.97 | $2,356,185.97 |

INTER MERCHANT MARINE CO., LTD.
E. & O.E.

*PLS ADVISE US IF ANY INCORRECT AND PROVIDE US WITH YOUR BANK SLIP ACCORDINGLY.

PLEASE REMIT HIRE PAYMENT TO :
BANK : THE KOREA EXCHANGE BANK