UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OWL SHIPPING LLC,<br><br>Plaintiff,<br><br>V.<br><br>DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LTD. A/K/A DALIAN SUNTIME INT'L TRANSPORTATION CO., LTD. A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY, LTD. A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LIMITED A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY, LIMITED<br><br>Defendant. | § | CIVIL ACTION NO. 3:14-CV-00270<br>In Admiralty |

**DEFENDANT-STAKEHOLDER'S FIRST SUPPLEMENTAL INTERPLEADER COUNTERCLAIM**

Defendant-Stakeholder Dalian Suntime Int'l Transportation Co., Limited, ("Suntime")(incorrectly sued as Dalian Suntime International Transportation Co., Ltd., Dalian Suntime Int'l Transportation Co., Ltd., Dalian Suntime International Transportation Company, Ltd., Dalian Suntime International Transportation Co. Limited, and Dalian Suntime International Transportation Company, Limited), by and through the undersigned counsel, files this First Supplemental Interpleader Counterclaim seeking the Court's protection from multiple claims against Original Bills of Lading (the "Property") for cargo onboard the M/V INTER PRIDE.

I.

On October 10, 2014, Suntime filed an Interpleader Counterclaim in this Court as stakeholder of Original Bills of Lading for cargo onboard the M/V INTER PRIDE. *See* Suntime's Interpleader Counterclaim, at Dkt. No. 20. The Court ordered and Suntime submitted bills of lading to the Clerk of the Court contemporaneously with the filing of Suntime's Interpleader Counterclaim. *See* Court Order, at Dkt. No. 21.

II.

Suntime now seeks to supplement the bills of lading submitted to the Clerk by adding Bill of Lading No. DGIA1401IPTJ16 as part of the Property for which Suntime is a stakeholder. Suntime requests that the Court order the Clerk to accept Suntime's tender of Bill of Lading No. DGIA1401IPTJ16 and maintain possession of all bills of lading submitted to the Clerk until otherwise ordered by this Court.

III.

Once Bill of Lading No. DGIA1401IPTJ16 is added to the Property in the Court's Registry, a complete list of all bills of lading submitted to the Court shall be as follows:

DGIA1401IPTJ 12
DGIA1401IPTJ 13
DGIA1401IPTJ 14
DGIA1401IPTJ 15
DGIA1401IPTJ 16
DGIA1401IPTJ 17
DGIA1401IPTJ 18
DGIA1401IPTJ 19
DGIA1401IPTJ 20
DGIA1401IPTJ 21A
DGIA1401IPTJ 21B
DGIA1401IPTJ 21C

DGIA1401IPTJ 21D
DGIA1401IPTJ 22
DGIA1401IPTJ 23
DGIA1401IPTJ 24A
DGIA1401IPTJ 24B
DGIA1401IPTJ 24C
DGIA1401IPTJ 25
DGIA1401IPTJ 27
DGIA1401IPTJ 29
DGIA1401IPTJ 30
DGIA1401IPTJ 31
DGIA1401IPTJ 32
DGIA1401IPTJ 33
DGIA1401IPTJ 34
DGIA1401IPTJ 35
DGIA1401IPTJ 36
DGIA1401IPTJ 37-NO OBL RECEIVED
DGIA1401IPTJ 38
DGIA1401IPTJ 39
DGIA1401IPTJ 40
DGIA1401IPTJ 41
DGIA1401IPTJ 48
DGIA1401IPTJ 53-OBL SURRENDERED IN CHINA

WHEREFORE, Dalian Suntime Int'l Transportation Co., Limited prays that this Court direct the Clerk of Court to accept Bill of Lading No. DGIA1401IPTJ16 from counsel for Suntime and preserve it along with those Original Bills of Lading previously submitted to the Clerk until such time as the Court determines who is entitled to their possession. Suntime further prays that the Court discharge Suntime from all liability to any entity regarding its transfer of the impleaded Original Bills of Lading, dismiss Suntime from interpleader action, and grant such other and further relief to which Suntime may be justly entitled.

                                            Respectfully submitted,

Marc G. Matthews
Texas Bar No. 24055921
Fed ID No. 705809
marc.matthews@phelps.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, TX 77002-2700
Telephone: 713-626-1386
Facsimile: 713-626-1388

**ATTORNEY-IN-CHARGE FOR DEFENDANT-STAKEHOLDER DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED**

OF COUNSEL:

**PHELPS DUNBAR LLP**

Brian D. Wallace
Louisiana Bar No. 17191
Fed ID No. 205890
brian.wallace@phelps.com
J. Tanner Honea
Texas Bar No. 24087743
Fed ID No. 2137568
tanner.honea@phelps.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, TX 77002-2700
Telephone: 713-626-1386
Facsimile: 713-626-1388

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **Defendant-Stakeholder's First Supplemental Interpleader Counterclaim** was electronically filed with the Clerk, with a copy thereof furnished to all known counsel of record electronically by the Clerk or by the undersigned counsel via certified mail, return receipt requested on this the 14th day of October, 2014, as follows:

Kevin Patrick Walters
Chaffe McCall, L.L.P.
801 Travis St.
Suite 1910
Houston, TX 77002
713-546-9800
Fax: 713-546-9806
Email: walters@chaffe.com
**Attorney for Plaintiff-Claimant Owl Shipping, LLC**

Richard L. Gorman
Richard Gorman Law
12335 Kingsride Ln. #354
Houston, Texas 77024
Telephone: 713-239-1056
E-mail: rg@richardgoranlaw.com
**Attorney for Intervenor-Claimant M/V INTER PRIDE**

Thomas O. Deen
Bland & Partners PLLC
1717 St. James
Ste 360
Houston, TX 77056
713-627-7100
Fax: 713-627-7148
Email: tdeen@thomasodeen.com
**Attorney for Intervenor-Claimant Texas Terminals, LP**

Keith Bernard Letourneau
Blank Rome LLP
700 Louisiana
Suite 4000
Houston, TX 77002
713-228-6601

Fax: 713-228-6605
Email: kletourneau@blankrome.com
**Attorney for Intervenor-Claimants Scorpio Ultramax Pool Ltd., and SBI Chartering and Trading, Ltd.**

Marc G. Matthews