UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OWL SHIPPING LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § § | |
| DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LTD. A/K/A DALIAN SUNTIME INT'L TRANSPORTATION CO., LTD. A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY, LTD. A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LIMITED A/K/A DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY, LIMITED | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:14-CV-00270 In Admiralty |
| Defendant. | § § | |

## OPPOSED MOTION TO WITHDRAW AS COUNSEL

Counsel for Defendant-Stakeholder Dalian Suntime Int'l Transportation Co., Limited, ("Suntime") (incorrectly sued as Dalian Suntime International Transportation Co., Ltd., Dalian Suntime Int'l Transportation Co., Ltd., Dalian Suntime International Transportation Company, Ltd., Dalian Suntime International Transportation Co. Limited, and Dalian Suntime International Transportation Company, Limited), files this Opposed Motion to Withdraw as Counsel for Suntime in this matter and would respectfully show the Court as follows.

On October 10, 2014, counsel filed Suntime's Interpleader Counterclaim in this Court (Dkt. No. 20) interpleading thirty-four Original Bills of Lading for attached cargo on the M/V INTER PRIDE. Suntime then filed a Supplemental Interpleader Counterclaim (Dkt. No. 22) to submit one additional Original Bill of Lading to the Clerk of the Court on October 14, 2014. All Original Bills of Lading in Suntime's possession for cargo on the M/V INTER PRIDE and intended for discharge within this Court's jurisdiction have been deposited with the Clerk of the Court. See Clerk's Receipts for Original Bills of Lading, attached as Exhibit "A."

Suntime has informed the undersigned that it will not pay for any additional legal services, and it has requested a final invoice for services rendered. Therefore, with Suntime's consent, counsel requests to withdraw from representing Suntime in this matter.

Dalian Suntime Int'l Transportation Co., Limited prays that this Court grant counsel's request to withdraw and grant all other relief to which it or its counsel may be entitled.

Respectfully submitted,

/s/ Marc G. Matthews

Marc G. Matthews
Texas Bar No. 24055921
Fed ID No. 705809
marc.matthews@phelps.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, TX  77002-2700
Telephone: 713-626-1386
Facsimile:  713-626-1388

**ATTORNEY-IN-CHARGE FOR DEFENDANT-STAKEHOLDER DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED**

OF COUNSEL:

**PHELPS DUNBAR LLP**

Brian D. Wallace
Louisiana Bar No. 17191
Fed ID No. 205890
brian.wallace@phelps.com
J. Tanner Honea
Texas Bar No. 24087743
Fed ID No. 2137568
tanner.honea@phelps.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, TX  77002-2700
Telephone: 713-626-1386
Facsimile:  713-626-1388

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for all parties appearing in this suit, and that all are unopposed to the foregoing Opposed Motion to Withdraw as Counsel with the exception of counsel for M/V INTER PRIDE and Inter Merchant Marine Co., Ltd., who is opposed.

_____
Marc G. Matthews

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **Opposed Motion to Withdraw as Counsel** was electronically filed with the Clerk, with a copy thereof furnished to all known counsel of record electronically by the Clerk or by the undersigned counsel via certified mail, return receipt requested on this the 21st day of October, 2014, as follows:

Kevin Patrick Walters
Chaffe McCall, L.L.P.
801 Travis St.
Suite 1910
Houston, TX 77002
713-546-9800
Fax: 713-546-9806
Email: walters@chaffe.com
**Attorney for Plaintiff-Claimant Owl Shipping, LLC**

Richard L. Gorman
Richard Gorman Law
12335 Kingsride Ln. #354
Houston, Texas 77024
Telephone: 713-239-1056
E-mail: rg@richardgormanlaw.com
**Attorney for Intervenor-Claimant M/V INTER PRIDE and Inter Merchant Marine Co., Ltd.**

Thomas O. Deen
Bland & Partners PLLC
1717 St. James
Ste 360

Houston, TX 77056
713-627-7100
Fax: 713-627-7148
Email: tdeen@thomasodeen.com
**Attorney for Intervenor-Claimant Texas Terminals, LP**

Keith Bernard Letourneau
Blank Rome LLP
700 Louisiana
Suite 4000
Houston, TX 77002
713-228-6601
Fax: 713-228-6605
Email: kletourneau@blankrome.com
**Attorney for Intervenor-Claimants Scorpio Ultramax Pool Ltd., and SBI Chartering and Trading, Ltd.**

_____
Marc G. Matthews