AO82 SWEDA
(3/86)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF TEXAS**

288600

at _Houston_

10-10-14

DG14011PTJ 12

**Account Code**

| Code | Description |
|---|---|
| 100 | Deposit Fund |
| 200 | Registry Fund Treasury |
| 250 | Registry Fund Local |
| 310 | Immigration / Naturalization Fees |
| 320 | Attorney Admission Fee |
| 330 | Filing Fees |
| 340 | Sale of Publications |
| 350 | Copy Fees |
| 360 | Miscellaneous Fees |
| 370 | Interest Deposits to U.S. |
| 380 | Court Costs to U.S. |
| 386 | Restitution to U.S. |
| 391 | Contributions to U.S. |
| 392 | Misc. Gifts to U.S. |
| 400 | Crime Victims Fund |
| X600 | Unclaimed Money |
| 900 | Appropriation Repayments |

13
14
15
17
18
19
20
21 A,B,C,D
22
23
24 A,B,C
25
27
29
30
31
32
33
34
35
36
37
38
39
40
41

cont'd
48
53

**CASE REFERENCE:**
4-14 CV-270

**RECEIVED FROM**
Dalian Suntime
Marc G. Matthews
One Allen Center
500 Dallas St STE 1300
713-626-1386
Eileen O'Neill

**DEPUTY CLERK** _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

```
AO82 SWEDA                        ORIGINAL
(3/86)                        RECEIPT FOR PAYMENT                    288601
                           UNITED STATES DISTRICT COURT
                                     for the
                           SOUTHERN DISTRICT OF TEXAS   at  Houston
                                                            10-16-14
Account Code
    100    Deposit Fund                              Bill of Lading No,
    200    Registry Fund Treasury                    DGIA1401IPTJ16
    250    Registry Fund Local
    310    Immigration / Naturalization Fees
    320    Attorney Admission Fee
    330    Filing Fees
    340    Sale of Publications
    350    Copy Fees
    360    Miscellaneous Fees
    370    Interest Deposits to U.S.
    380    Court Costs to U.S.
    386    Restitution to U.S.
    391    Contributions to U.S.
    392    Misc. Gifts to U.S.
    400    Crime Victims Fund
    X600   Unclaimed Money
    900    Appropriation Repayments

CASE REFERENCE:
          3:14-CV-270
RECEIVED FROM
     Dalian Suntime
     Marc Mathews
     One Allen Center
     500 Dallas St STE 1300
     713-626-1386

DEPUTY CLERK _____[signature]_____

Checks and drafts are accepted subject to col-
lection and full credit will only be given when
the check or draft has been accepted by the fi-
nancial institution on which it was drawn.
```