United States District Court
Southern District of Texas
**ENTERED**
April 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| OWL SHIPPING LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:14-CV-270 |
| § | |
| DALIAN SUNTIME INTERNATIONAL § | |
| TRANSPORTATION CO., LTD. A/K/A § | |
| DALIAN SUNTIME INT'L § | |
| TRANSPORTATION CO., LTD A/K/A § | |
| DALIAN SUNTIME INTERNATIONAL § | |
| TRANSPORTATION COMPANY, LTD. § | |
| A/K/A DALIAN SUNTIME INTER, *et al*, § | |
| § | |
| Defendants. § | |

## **PARTIAL DISMISSAL ORDER**

Before the Court is the parties' Joint Motion to Dismiss. Dkt. 126. Upon consideration of the Notice, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims and counterclaims between Intervening Plaintiff Inter Merchant Marine Co. Ltd. and Defendant/Counter-Claimant Kurt Orban Partners LLC ("KOP") are hereby **Dismissed without prejudice**.

It is further **ORDERED** that KOP's counterclaim against the M/V INTER PRIDE, *in rem*, is hereby **Dismissed without prejudice**.

Each party shall bear its own costs.

KOP is therefore dismissed from the action.

SIGNED at Galveston, Texas, this 6th day of April, 2017.

                                                    _____
                                                    George C. Hanks Jr.
                                                    United States District Judge